[No. 44449-2-I. Division One. May 30, 2000.]

ANDREW APOSTOLIS, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-17218-5, Philip G. Hubbard, Jr., J., entered March 9, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Grosse, J.

[No. 44489-1-I. Division One. May 30, 2000.]

WESTERN PROPERTIES ASSOCIATES THREE, *Appellant*, v. SAFEWAY STORES, INCORPORATED, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-29186-9, Jay V. White, J., entered April 16, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Appelwick, JJ.

[No. 44619-3-I. Division One. May 30, 2000.]

ROEDER COMPANY, *Appellant*, v. K&E MOVING & STORAGE CO., INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-00750-4, Steven J. Mura, J., entered May 7, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Webster, JJ. Now published at 102 Wn. App. 49.

[No. 44755-6-I. Division One. May 30, 2000.]

CHARLES THOMPSON, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10695-6, Linda Lau, J., entered April 19, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Webster, J., concurred in by Kennedy and Appelwick, JJ.